*Eli J. Blair* for appellants.

*M'Cready Sykes* for respondent.

Motion to resettle order granted. Order resettled to provide that the motion to dismiss the appeal is granted and the appeal is dismissed, without costs.

In the Matter of THOMAS F. WALSH, JR., Appellant, against HARRY W. MARSH et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.

Argued January 3, 1944; decided February 24, 1944.

*Samuel D. Smoleff* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Seymour B. Quel* and *Cyrus C. Perry* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

MARY NIELSEN et al., Appellants, *v.* H. NELSON FLANAGAN & Co., INCORPORATED, Respondent.

Argued January 4, 1944; decided February 24, 1944.